IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01279-REB-BNB

UNITED CAR CARE, INC., and
GOLD KEY AGENCY, INC.,

Petitioners,

v.

FRONTLINE DEALER MARKETING, INC.,

Respondent.

_____

**ORDER**
_____

The parties appeared this afternoon for what was scheduled to be a scheduling conference. All parties agreed that it is premature to enter a scheduling order, pending a ruling by the district judge on the respondent's **Motion to Vacate Order of June 27, 2006 and for New Trial** [Doc. # 3, filed 6/30/2006]. Accordingly,

IT IS ORDERED that the entry of a scheduling order is STAYED pending further order of the court.

IT IS FURTHER ORDERED that the parties shall file a status report on November 1, 2006, and monthly thereafter reporting on the status of the Motion to Vacate and addressing any additional matters which should be scheduled.

IT IS FURTHER ORDERED that a settlement conference is set for **September 15, 2006, at 2:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the

case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel only. If an insurance company is involved, an adjustor with authority to enter into a settlement must also be present.)

Each party shall submit a supplemental confidential settlement statement to my chambers on or before **September 11, 2006**, outlining the facts and issues in the case and containing a specific offer of compromise.

Dated August 23, 2006.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge