**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01279-REB-BNB

UNITED CAR CARE, INC., and
GOLD KEY AGENCY, INC.,

    Plaintiffs,

v.

FRONTLINE DEALER MARKETING, INC.,

    Defendant.

---

**MINUTE ORDER[1]**

---

    This matter is before the court on its own motion.  One October 18, 2006, I denied defendant's motion to vacate the state trial court's order compelling arbitration [#13].  Given my ruling, that order stands in full force and effect, and nothing remains for adjudication in this case.  Accordingly, it is ORDERED that this case be administratively closed pursuant to D.C.COLO.LCivR 41.2.

Date:  November 13, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.