**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01279-REB-BNB

UNITED CAR CARE, INC., and
GOLD KEY AGENCY, INC.,

    Plaintiffs,

v.

FRONTLINE DEALER MARKETING, INC.,

    Defendant.

## ORDER DENYING UNOPPOSED MOTION TO CONSOLIDATE

**Blackburn, J.**

The matter before me is the parties' **Unopposed Motion To Consolidate Civil Action No. 07-cv-00710-EWN-MEH With Civil Action No. 1:06-cv-1279-REB-BNB** [#16], filed April 19, 2007.  I deny the motion.

Rule 42 of the Federal Rules of Civil Procedure provides in relevant part that the court may consolidate case "involving a common question of law or fact [which] *are pending* before the court."  **FED.R.CIV.P.** 42(a) (emphasis added).  Civil Action No. 06-cv-01279-REB-BNB is not pending before this court, having been administratively closed on November 13, 2006, subject to reopening for good cause, pursuant to D.C.COLO.LCivR 41.2.  (*See Minute Order* [#15], filed November 13, 2006.)  Nothing in the present motion demonstrates good cause to reopen this case, let alone grounds for consolidation.

**THEREFORE, IT IS ORDERED** that the parties' **Unopposed Motion To Consolidate Civil Action No. 07-cv-00710-EWN-MEH With Civil Action No. 1:06-cv-1279-REB-BNB** [#16], filed April 19, 2007, is **DENIED**.

Dated April 24, 2007, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                Robert E. Blackburn
                                                United States District Judge