IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01279-REB-BNB

UNITED CAR CARE, INC., and
GOLD KEY AGENCY, INC.,

    Plaintiffs,

v.

FRONTLINE DEALER MARKETING, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulated Notice of Dismissal Without Prejudice Pursuant to Fed.R.Civ.P.4** [sic] **(a)(1)(A)(ii)** [#18], filed May 5, 2008.

On November 13, 2006, the court entered an order pursuant to D.C.COLO.LCivR 41.2, closing the case administratively, subject to reopening for good cause. After careful review of the notice and the file, the court has concluded that good cause exists to reopen this case, that the notice should be approved, and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That pursuant to D.C.COLO.LCivR 41.2, good cause has been shown, and this matter is **REOPENED**;

    2. That the **Stipulated Notice of Dismissal Without Prejudice Pursuant to Fed.R.Civ.P.4** [sic] **(a)(1)(A)(ii)** [#18], filed May 5, 2008, is **APPROVED**; and

3. That pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this action is **DISMISSED WITHOUT PREJUDICE**.

Dated May 5, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**